## MOSKOWITZ & BOOK, LLP
ATTORNEYS AT LAW

1372 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10018
(212) 221-7999
FAX: (212) 398-8835
E-MAIL: INFO@MOSKOWITZANDBOOK.COM

June 2, 2008

**BY ECF**

Hon. Lawrence A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  <u>United States v. Reynold Orozco</u>
             08 Cr. 52 (LAK)

Dear Judge Kaplan:

    This letter is respectfully submitted on behalf of the defendant, Reynold Orozco, to request that the date for filing motions in the above-captioned matter be extended from June 20, 2008 to July 11, 2008.

    The requested extension is necessary because the defendant, who is incarcerated at the Metropolitan Correctional Center, is currently in quarantine as a result of an outbreak of chicken pox at that facility. I attempted to visit Mr. Orozco on May 30, to consult with him about potential motions, but was not allowed to see him as a result of the quarantine. I was advised by the officer on duty that the quarantine will be in effect for a minimum of three weeks, <u>i.e.</u>, until at least June 20, the current deadline for filing motions. Based on my recent experience with a similar quarantine at the Metropolitan Detention Center, it is likely that the quarantine will last longer than three weeks, because every time a new case of chicken pox comes forward, the three-week quarantine period begins anew. Additionally, I will be out of town on vacation between June 19-26 and thus, even if the quarantine is lifted on June 20, I will not be able to consult with Mr. Orozco before June 27.

Hon. Lawrence A. Kaplan
June 2, 2008
Page 2

      In light of the above, it is respectfully requested that the deadline for filing motions on behalf of the defendant be extended to July 11, 2008.

      I have spoken to AUSA Michael Maimin, and he has advised me that the Government has no objection to the requested extension.

      Thank you in advance for your consideration of this request.

                              Respectfully submitted,

                              Avraham C. Moskowitz

ACM:bgb
cc: AUSA Michael Maimin