```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       -against-                            08 Crim. 0052 (LAK)

REYNOLD OROZCO,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion for an extension of time [DI 13] is granted.

        Counsel is reminded that the electronic filing of letters is prohibited by this Court.

        SO ORDERED.

Dated: June 3, 2008

                                                                   Lewis A. Kaplan
                                                            United States District Judge