UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

THE UNITED STATES OF AMERICA,

   -against--                                                    NOTICE OF MOTION
                                                                      08 Cr. 52 (LAK)

REYNOLD OROZCO

                            Defendant.
-------------------------------------------------------X

       PLEASE TAKE NOTICE THAT the defendant Reynold Orozco, upon his annexed affidavit sworn to on June 30, 2008, will move this Court on a date set by the Court, for an order suppressing (1) the evidence seized pursuant to a search on May 5, 2008 and (2) the defendant's post arrest statements, on the grounds that the items seized were taken in violation of the defendant's rights under the Fourth Amendment to the United States Constitution and the statements were taken in violation of his rights under the Fifth and Sixth Amendments to the United States Constitution, and for such additional, further or alternative relief that this Court deems just and proper.

Date:  July 11, 2008
        New York, New York

                                                          MOSKOWITZ & BOOK, LLP

                                                          By: _____
                                                          Avraham C. Moskowitz (AM 8913)

                                                          Attorneys for Defendant
                                                          Reynold Orozco

                                                          1372 Broadway, Suite 1402
                                                          New York, New York 10018
                                                          Tel: (212) 221-7999
                                                          Fax: (212) 398-8835

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
UNITED STATES OF AMERICA,

   - against –                                                                S1 08 Cr 52 (LAK)

REYNOLD OROZCO,
------------------------------------------------------------

New York, New York

     Reynold Orozco, being duly sworn hereby states under penalties of perjury that the following information is true:

1. My name is Reynold Orozco and I am the defendant in the above captioned case.

2. This affidavit is submitted in support of my motion to suppress evidence.

3. On or about May 5, 2008 I was living in a 3rd story apartment at 3470 Eastchester Road, Bronx New York.

4. I had been renting that apartment located in a private house for approximately 5 or 6 months.

5. I had a key to the front door and a key to my apartment on the third floor.

6. On May 5, 2008 at about 6:00 am I was sleeping in my bedroom at my apartment when the sound of the police entering my apartment woke me up.

7. Approximately 5 or 6 officers entered my bedroom and ordered me to the floor and handcuffed me behind my back at gun point.

8. The police searched my apartment.

9. I did not give them permission to search my apartment at any time.

10. It was not until after the search and after I was removed from my apartment in handcuffs by the police, that I was read my *Miranda* warnings.

June 30, 2008

Reynold Orozco

Sworn to before me this
30 day of June, 2008.

Notary Public

Avraham C. Moskowitz
Notary Public, State of New York
No. 02MO6134521
Qualified in Nassau County
Commission Expires October 3, 2009