UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against –                                             NOTICE OF MOTION
                                                                         08 Cr. 52 (LAK)

REYNOLD OROZCO

                      Defendant.
----------------------------------------------------X

      PLEASE TAKE NOTICE THAT the defendant Reynold Orozco, upon his annexed affidavit sworn to on June 30, 2008, will move this Court on a date set by the Court, for an order suppressing (1) the evidence seized pursuant to a search on May 5, 2008 and (2) the defendant's post arrest statements, on the grounds that the items seized were taken in violation of the defendant's rights under the Fourth Amendment to the United States Constitution and the statements were taken in violation of his rights under the Fifth and Sixth Amendments to the United States Constitution, and for such additional, further or alternative relief that this Court deems just and proper.

Date:  July 11, 2008
         New York, New York

                                                  MOSKOWITZ & BOOK, LLP

                                                  By: _____
                                                    Avraham C. Moskowitz (AM 8913)

                                                  Attorneys for Defendant
                                                  Reynold Orozco

                                                  1372 Broadway, Suite 1402
                                                  New York, New York 10018
                                                  Tel: (212) 221-7999
                                                  Fax: (212) 398-8835