UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

   - against –                   S1 08 Cr 52 (LAK)

REYNOLD OROZCO,
-------------------------------------------------

New York, New York

    Reynold Orozco, being duly sworn hereby states under penalties of perjury that the following information is true:

1. My name is Reynold Orozco and I am the defendant in the above captioned case.

2. This affidavit is submitted in support of my motion to suppress evidence.

3. On or about May 5, 2008 I was living in a 3rd story apartment at 3470 Eastchester Road, Bronx New York.

4. I had been renting that apartment located in a private house for approximately 5 or 6 months.

5. I had a key to the front door and a key to my apartment on the third floor.

6. On May 5, 2008 at about 6:00 am I was sleeping in my bedroom at my apartment when the sound of the police entering my apartment woke me up.

7. Approximately 5 or 6 officers entered my bedroom and ordered me to the floor and handcuffed me behind my back at gun point.

8. The police searched my apartment.

9. I did not give them permission to search my apartment at any time.

10. It was not until after the search and after I was removed from my apartment in handcuffs by the police, that I was read my *Miranda* warnings.

                                                    /s/ Reynold Orozco

June 30, 2008                                            Reynold Orozco

Sworn to before me this
30 day of June, 2008.

/s/ Avraham C. Moskowitz
Notary Public

Avraham C. Moskowitz
Notary Public, State of New York
No. 02MO6134521
Qualified in Nassau County
Commission Expires October 3, 2009